FILED
MAR 10 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of CALIFORNIA

SF Division

VINTON P. FROST

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

GARY S. PINKUS
AND
UNITED STATES PRO SE COUNSEL IN SF

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV 17 1308
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

LB

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINTON P. FROST |
| Street Address | 516 O'FARRELL ST. #611 |
| City and County | SAN FRANCISCO, SAN FRANCISCO |
| State and Zip Code | CALIFORNIA 94102 |
| Telephone Number | 415 608 1029 |
| E-mail Address | pluribusfounders@icloud.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GARY S. PINKUS |
| Job or Title *(if known)* | SENIOR MANAGING PARTNER, McKINSEY & CO. |
| Street Address | 210 JOSSELYN LANE |
| City and County | WOODSIDE, SAN MATEO |
| State and Zip Code | CALIFORNIA 94062 |
| Telephone Number | (Work) 415-318-5227 (mob) 415827-5227 |
| E-mail Address *(if known)* | gary_pinkus@mckinsey.com |

Defendant No. 2

| | |
|---|---|
| Name | "MANSOUR" (I HOPE THIS SPELLING IS CORRECT FIRST NAME:) |
| Job or Title *(if known)* | UNITED STATES PRO SE COUNSEL, JUSTICE AND DIVERSITY CTR LEG HEL |
| Street Address | 450 GOLDEN GATE AVENUE, 15TH FLOOR |
| City and County | SAN FRANCISCO, SAN FRANCISCO |
| State and Zip Code | CALIFORNIA 94102 |
| Telephone Number | (415) |
| E-mail Address *(if known)* | unknown |

* JDC LEGAL HELP CENTER

~~Defendant No. 3~~

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| ~~E-mail Address *(if known)*~~ | |

FROST V. PINKUS
COMPLAINT
PAGE 2 OF 6

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. 1985(3): OBSTRUCTION OF JUSTICE

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

FROST V. PINKUS
COMPLAINT
PAGE 3 OF 6

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

FOR APPROXIMATELY 14 YEARS, MR. PINKUS HAS BEEN AN ORGANIZER OF ABUSES OF MY RIGHTS, ACCORDING TO HIS RESPONSIBILITIES INSIDE AND OUTSIDE OF McKINSEY AND COMPANY. ABOUT TWO YEARS AGO, AN ASSISTANT UNITED STATES ATTORNEY, IN SAN FRANCISCO, GAVE ME INFORMATION TO IMPLICATE MR. PINKUS FOR PREVIOUS VIOLATIONS (SEE PAGE 6). UPON HIS INSTRUCTIONS, ~~[illegible]~~ MS. MANJORI ENGAGED IN MALPRACTICE AND WILLFUL NEGLIGENCE, UNDER THE COLOR OF STATE LAW, RECOMMENDING TO ME SPECIFIC CAUSES OF ACTION IN THE RELATED 16-CV-05883 42 SECTION 1983 PROCEEDING, AND THEN PROVIDING ME WITH FALSE INFORMATION ABOUT THE RELEVANT STATUTES OF LIMITATION, A FACT I WAS UNABLE TO KNOW WITHOUT ACCESS TO ~~[illegible]~~ LEGAL SERVICES, IN OCTOBER OF 2014.

VPF

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. OTHER

1. INJUNCTIVE RELIEF: A NEW COURT-ORDERED LIMITED-SCOPE ATTORNEY FOR ACTIONS IN SAN FRANCISCO.
2. DECLARATIVE RELIEF: A WRITTEN APOLOGY.
3. EXEMPLARY AND PUNITIVE DAMAGES FROM MR. PINKUS AND ANY IDENTIFIED CO-CONSPIRATORS IN AN AMOUNT SET IN RELATION TO OTHER RELATED CLAIMS.

FROST v. PINKUS
COMPLAINT
PAGE ~~5~~ 4 OF 6

## V. Certification and Closing ANY JURY TRIAL DEMAND. VPF

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I DEMAND A ~~TED~~ JURY TRIAL, THANK YOU. VPF

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/13/17

Signature of Plaintiff [signature]

Printed Name of Plaintiff VINTON P. FROST

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

FROST v. PINKUS
COMPLAINT
PAGE ~~5~~ 5 OF 6

SAN FRANCISCO

**ATTORNEY SEARCH NETWORK**
**16161 Ventura Blvd., #672 Encino, CA 91436**
**(800) 215-1190 | www.getareferral.com**

**BAR ASSOCIATION OF SAN FRANCISCO LAWYER REFERRAL & INFORMATION SERVICE**
**301 Battery Street 3rd Floor San Francisco, CA 94111**
**(415) 989-1616 or (415) 782-8985 | www.sfbar.org**

3/13/17
FROST V. PINKUS
COMPLAINT
PAGE 6 OF 6