Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_NORTHERN_ District of _CALIFORNIA_

_SAN FRANCISCO_ Division

| | |
|---|---|
| UNITED STATES | Case No. 17-CV-01308 LB |
| _Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_ | _(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_  ☒ Yes  ☐ No |
| -v- | |
| GARY PINKUS, DAN EMMETT, TOM STEYER, "MANJON" IN HER OFFICIAL CAPACITY AS U.S. PRO SE COUNSEL, GARY GOODMAN | FILED<br>APR - 4 2017 |
| _Defendant(s)_ (PUBLIC DEFENDER)<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

### FIRST AMENDED
## COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name             VIWTON FROST

Street Address   516 O'FARRELL ST. #611

City and County  SAN FRANCISCO, SAN FRANCISCO

State and Zip Code  CALIFORNIA 94102

Telephone Number  (415) 608-1029

E-mail Address   plvribusfounders@icloud.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    GARY PINKUS

Job or Title *(if known)*    SENIOR MANAGING PARTNER, McKINSEY & CO.

Street Address    210 JOSSELYN LANE

City and County    WOODSIDE, SAN MATEO

State and Zip Code    CALIFORNIA 94062

Telephone Number    (work) 415-318-5227 (Mob.) 415-827-5227

E-mail Address *(if known)*    gary_pinkus@mckinsey.com

Defendant No. 2

Name    DAN EMMETT

Job or Title *(if known)*    CHAIRMAN, DOUGLAS EMMETT

Street Address    716 25TH STREET

City and County    SANTA MONICA, LOS ANGELES

State and Zip Code    CALIFORNIA 90402

Telephone Number    ~~unknown~~ WORK

E-mail Address *(if known)*    demmett@douglasemmett.com

~~Defendant No. 3~~ AGENT OF SERVICE TO DEFENDENT No. 2

Name    CHARLES BRACKENS

Job or Title *(if known)*    ATTORNEY FOR DAN EMMETT

Street Address    808 WILSHIRE BLVD, SUITE 200

City and County    SANTA MONICA, LOS ANGELES

State and Zip Code    CALIFORNIA ~~90402~~ 90401

Telephone Number    W (310) 909-8000 Mob. (310) 717-6363

E-mail Address *(if known)*    Unknown

Defendant No. ~~4~~ 3

Name    TOM STEYER

Job or Title *(if known)*    TRUSTEE, STANFORD UNIVERSITY

Street Address    3030 PACIFIC AVENUE

City and County    SAN FRANCISCO, SAN FRANCISCO

State and Zip Code    CALIFORNIA 94115

Telephone Number    Unknown

E-mail Address *(if known)*    Unknown

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Job or Title *(if known)* Street

Address

City and County

State and Zip Code

Telephone Number E-mail

Address *(if known)*

Defendant No. 2̶ 4

Name _"MANJORI" OF THE JDC LEGAL HELP CTR_

Job or Title *(if known)* Street _UNITED STATES PRO SE COUNSEL, RM 2796_

Address _450 GOLDEN GATE AVENUE, 15TH FLOOR_

City and County _SAN FRANCISCO, SAN FRANCISCO_

State and Zip Code _CALIFORNIA 94102_

Telephone Number E-mail _415-782-8982_

Address *(if known)* _UNITED STATES COURTHOUSE_

Defendant No. 3̶ 5

Name _GARY GOODMAN_

Job or Title *(if known)* Street _PUBLIC DEFENDER, SANTA CLARA COUNTY_

Address _231 GRANT AVENUE_

City and County _PALO ALTO, SANTA CLARA_

State and Zip Code _CALIFORNIA 94306_

Telephone Number E-mail _(650) 324-6430_

Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)* Street

Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(4) 1ST AMENDMENT, RIGHT TO PETITION
(1) 6TH AMENDMENT TO THE UNITED STATES CONSTITUTION
(v) 18. U.S.C. SECTION : CONSPIRACY TO DEFRAUD THE UNITED STATES BY IMPAIRING AND OBSTRUCTING ITS AGENCIES.
(3) 18 U.S.C. SECTION 6

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) [ SEE TANNER V. UNITED STATES (1987) 483 U.S. 107 128-31, WITH "AGENCY" BROADLY DEFINED IN 18 U.S.C. SECTION 6 TO INCLUDE THE DEPARTMENT OF JUSTICE AND INDEPENDENT AUTHORITIES LIKE U.S. DISTRICT COURTS. ] DEFENDENTS 1,2+3 ACTED IN CONCERT (PRIOR TO FILING + ENTERING OF 16-CV-05893 NC) TO COMMUNICATE UNTRUE AND/OR INCORRECT INFORMATION TO THE OFFICE OF THE ATTORNEY GENERAL, WHICH THEN IGNORED MY PETITIONS TO GOVERNMENT.

(2) DEFENDENTS 4+5 AIDED AND ABETTED THE CONSPIRACY BY IMPAIRING AND OBSTRUCTING THE PROPER FUNCTIONING OF U.S. AND STATE COURTS WHICH RELY UPON THE

## IV.    Relief

STATE BAR ASSOCIATION TO PROVIDE LEGAL ASSISTANCE FOR PERSONS ACTING IN FORMA PAUPERIS, TO GUARANTY RIGHTS UNDER THE 6TH AMENDMENT.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ON BEHALF OF THE OFFICE OF THE ATTORNEY GENERAL, U.S. DISTRICT COURTS, OTHER CITIZENS OF THE UNITED STATES, AND HIS FAMILY, PLAINTIFF SEEKS RELIEF WHEREBY DEFENDENTS 1,2+3 PROVIDE TRUE AND CORRECTED TESTIMONY OF FACTS AND THEIR DANGEROUS CONDUCT IN A WRITTEN APOLOGY TO THE AGENCIES IT IMPAIRED AND OBSTRUCTED AND TO RELEASE THIS APOLOGY TO THE PUBLIC.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _4/4/17_

Signature of Plaintiff    _V R_

Printed Name of Plaintiff    _VINTON FROST._

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____