Vinton Frost
516 O'Farrell St. #611
San Francisco, CA 94102

MARCH 15, 2017

FILED
2017 APR 10 A 9:01
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 17-CV-01308 LB

NOTICE OF APPEAL TO A COURT OF
APPEALS FROM A JUDGMENT OR
ORDER OF A DISTRICT COURT

Vinton Frost,
    Plaintiff
        v.

Gary Pinkus, Et. Al.

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PLAINTIFF VINTON FROST,
A PRO SE LITIGANT IN FORMA PAUPERIS, HEREBY APPEALS
FOR THE NINTH CIRCUIT FROM AN ORDER DISMISSING
CASE WITH LEAVE TO AMEND, ENTERED IN THIS ACTION
ON APRIL 6, 2017.

VINTON FROST.