Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of CALIFORNIA

SAN FRANCISCO Division

RECEIVED

MAY 16 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES
OF AMERICA

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

GARY PINKUS, DAN EMMETT, TOM STEYER,
ROGER ORF, KELVIN DAVIS, JAMES
ZANZE, MANJURI (IN HER OFFICIAL CAPACITY
AS UNITED STATES PRO SE COUNSEL IN S.F.),
CHRIS FORMAN *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 17-CV-01308 LB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

SECOND AMENDED
**COMPLAINT FOR A CIVIL CASE**

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINTON FROST |
| Street Address | 516 O'FARRELL ST. #611 |
| City and County | SAN FRANCISCO, SAN FRANCISCO |
| State and Zip Code | CALIFORNIA  94102 |
| Telephone Number | 415-608-1029 |
| E-mail Address | pluribus founders @ icloud. com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

PAGE 1 OF 9

Defendant No. 1

Name GARY PINKUS

Job or Title *(if known)* SENIOR MANAGING DIRECTOR, McKINSEY AND CO.

Street Address 210 JOSSELYN LANE

City and County WOODSIDE, SAN MATEO

State and Zip Code CALIFORNIA 94062

Telephone Number (work) 415-318-5227

E-mail Address *(if known)* gary_pinkus@mckinsey.com

Defendant No. 2

Name DAN EMMETT

Job or Title *(if known)* CHAIRMAN, DOUGLAS EMMETT; TRUSTEE, CATE SCHOOL

Street Address 716 25TH STREET

City and County SANTA MONICA, LOS ANGELES

State and Zip Code CALIFORNIA 90402

Telephone Number (310) 255-7700

E-mail Address *(if known)* demmett@douglasemmett.com

Defendant No. 3

Name TOM STEYER

Job or Title *(if known)* PHILANTHROPIST, CLIMATE CHANGE ADVOCATE

Street Address 494 SEA CLIFF AVENUE

City and County SAN FRANCISCO, SAN FRANCISCO

State and Zip Code CALIFORNIA 94121

Telephone Number (unknown)

E-mail Address *(if known)* c/o erin.suhr@fahrllc.com

Defendant No. 4

Name ROGER ORF, APOLLO MANAGEMENT INT'L L.P.

Job or Title *(if known)* MANAGING DIRECTOR, APOLLO GLOBAL MANAGEMENT

Street Address ONE PELHAM CRESCENT

City and County LONDON, LONDON SW7-2NP

State and Zip Code UNITED KINGDOM

Telephone Number +44 (20) 7016 5000

E-mail Address *(if known)* rorf@apollolp.com

2ND AM. COMP.
US v. PINKUS ET AL
17-CV-01308 LB
PAGE 2 OF 9

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. ~~1~~ 5

    Name                 KELVIN DAVIS

    Job or Title *(if known)*   SENIOR PARTNER, TPG CAPITAL

    Street Address        301 COMMERCE STREET

    City and County       FORT WORTH, TARRANT COUNTY

    State and Zip Code    TEXAS 76102

    Telephone Number   (817) 871-4000

    E-mail Address *(if known)*  kdavis@tpg.com

Defendant No. ~~2~~ 6

    Name                 JAMES ZANZE

    Job or Title *(if known)*   INVESTMENT BANKER

    Street Address        2371 BROADWAY STREET

    City and County       SAN FRANCISCO, SAN FRANCISCO

    State and Zip Code    CALIFORNIA 94115-1233

    Telephone Number   (415) 677-9773

    E-mail Address *(if known)*  jzanze@aquilopartners.com

Defendant No. ~~3~~ 7

    Name                 MANJORI (LAST NAME UNKNOWN), JDC HELP CTR

    Job or Title *(if known)*   UNITED STATES PRO SE COUNSEL, ROOM 2796

    Street Address        U.S. COURTHOUSE, 450 GOLDEN GATE AVENUE, 15TH FL.

    City and County       SAN FRANCISCO, SAN FRANCISCO

    State and Zip Code    CALIFORNIA 94102

    Telephone Number   (415) 782-8982

    E-mail Address *(if known)*  UNKNOWN

~~Defendant No. 4~~

    Name                 ATTORNEY FOR GARY PINKUS SHANNON DUDIC

    Job or Title *(if known)*   SPECIAL COUNSEL, STROOK AND STROOK AND LAVAN

    Street Address        2029 CENTURY PARK EAST

    City and County       LOS ANGELES, LOS ANGELES

    State and Zip Code    CALIFORNIA 90067

    Telephone Number   (310) 556-5836

    E-mail Address *(if known)*  sdudic@stroock.com

2ND AM. COMPLAINT
USA V. PINKUS ET AL
17-CV-01308 LB
PAGE 3 OF 9

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name ATTORNEY FOR DAN EMMETT
CHARLES BRACKENS

Job or Title *(if known)* ATTORNEY AND AGENT OF SERVICE

Street Address 808 WILSHIRE BLVD., SUITE 200

City and County SANTA MONICA, LOS ANGELES

State and Zip Code CALIFORNIA ~~90402~~ 90401

Telephone Number (310) 909-8000

E-mail Address *(if known)* Unknown

Defendant No. 2 / 8

Name CHRIS FORMAN

Job or Title *(if known)* PRESIDENT, DECURION CORPORATION

Street Address 120 NORTH ROBENSON BLVD., THIRD FLOOR

City and County LOS ANGELES, LOS ANGELES

State and Zip Code CALIFORNIA 90048

Telephone Number (310) 659-9432

E-mail Address *(if known)* cforman@decurion.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

2ND AMENDED COMPLAINT.
USA V. PINKUS 17-CV-1308 LB
PAGE 4 OF 9

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. — SECTION 371: "CONSPIRACY TO DEFRAUD"
— SECTION 1001 (1) AND (2): FALSE, MISLEADING STATEMENTS TO GOVERNMENT, CONCEALMENT
— SECTION 1956 (A) 2: ANTI-MONEY LAUNDERING

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

2ND AMENDED COMP.
USA v. PINKUS 17-CV- 01308 LB
PAGE 5 OF 9

## III. STATEMENT OF CLAIM

DEFENDANTS ARE MEMBERS IN A CONSPIRACY TO INFLUENCE THE DUE ADMINISTRATION OF JUSTICE USING DISHONEST, DECEITFUL AND TREACHEROUS MEANS. DURING THE PERIOD STARTING OCTOBER 22, 2017, WHEN PLAINTIFF'S REPRESENTATIVE VINTON FROST BEGAN REPORTING TO THE F.B.I. THE ABUSES OF FROST'S LIBERTIES BY DEFENDANTS, AND ENDING ON TODAY'S DATE, DEFENDANTS (EXCEPT MANJORI) AGREED BY TELE-CONFERENCE AND PRIVATE MESSAGING APPLICATIONS FROM THEIR WORKPLACES IN SAN FRANCISCO, LOS ANGELES, NEW YORK, FORT WORTH, AND LONDON TO MAKE MISLEADING STATEMENTS DIRECTLY OR INDIRECTLY TO THE UNITED STATES DEPARTMENT OF JUSTICE.

AFTER ∧ EARLY 2015 MEETING WITH MANJORI, UNITED STATES [Frost's] PRO SE COUNSEL IN SAN FRANCISCO, FOR HER LEGAL ASSISTANCE WITH COMPLAINTS [A PORTION OF WHICH BECAME THE SUBJECT OF FROST v. STEYER (16-CV-05883 NC)] UPON INSTRUCTION FROM ONE OR MORE OF THE NAMED DEFENDANTS, GARY PINKUS ORGANIZED MEETINGS WITH AND GRATUITIES FOR MS. MANJORI BY ONE OR MORE OF THE OTHER DEFENDANTS, [OR OTHER PERSONS LISTED IN THE LETTER EXHIBIT A,] WHICH RESULTED IN INADEQUATE AND ADVERSE ASSISTANCE TO FROST, RESULTING IN HER BREACH OF HER DUTY OF LOYALTY TO FROST, VIOLATING CALIFORNIA'S PROFESSIONAL CODE OF CONDUCT RULE 3-310 (1,2,3 and 4) WITH FUNDS OR OTHER MONETARY GIFTS TRANSFERRED TO MANJORI BY ONE OR MORE OF THE PERSONS NAMED IN THE ATTACHED LETTER FROM FROST TO PINKUS ∧[AND] OR BY JAMES ZANDE, WITH A PORTION OR ALL OF SUCH FUNDS OR MONETARY INSTRUMENTS [OR CHRIS FORMAN OR DAVIS] PROVIDED FROM ACCOUNTS CONTROLLED BY ROGER ORFAIN A CROSS-BORDER TRANSACTION, IN VIOLATION OF ∧[U.S.] MONEY-LAUNDERING STATUTES. [FROM THE UNITED KINGDOM, OR OTHER FOREIGN JURISDICTION,]

THE FALSE AND MISLEADING STATEMENTS BY DEFENDANTS, INCLUDING THAT ∧[FROST] IS OR WAS AN AGENT OF A FOREIGN POWER, RESULTED IN THE DEPARTMENT OF JUSTICE TAKING NO ACTION TO PROVIDE HIM RELIEF. MANJORI'S LACK OF COMPETENT AND LOYAL ASSISTANCE RESULTED IN FROST'S COMPLAINTS BEING DISMISSED ON GROUNDS OF CIVIL PROCEDURE AND MISSING IMPORTANT OTHER OPPORTUNITIES FOR RELIEF.

## IV. RELIEF

REPRESENTATIVE PLAINTIFFS, REQUESTS THAT THE COURT ORDERS DEFENDANTS TO CORRECT THEIR STATEMENTS, TO MAKE NEW TRUE AND CORRECT STATEMENTS REGARDING THEIR INDIVIDUAL AND COLLECTIVE CONDUCT DEFRAUDING THE UNITED STATES AND OFFENDING THE LIBERTIES OF FROST, AND TO PAY CIVIL PENALTIES, TO THE UNITED STATES DEPARTMENT OF JUSTICE AND TO THE UNITED STATES DISTRICT COURT FOR NORTHERN CALIFORNIA, IN AN AMOUNT EQUAL TO 200 TIMES THE MONETARY VALUE OF GRATUITIES AND/OR GIFTS GIVEN TO MANJORI, IN ORDER TO FUND NEW PRO SE AND PRO BONO LEGAL ASSISTANCE EFFORTS.

2ND AMENDED COMPLAINT
USA V. PINKUS ET AL
17-CV-1308 LB
PAGE 7 OF 9

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5/16/2017

Signature of Plaintiff

Printed Name of Plaintiff     VINTON FROST

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

2nd AMENDED COMPLAINT
USA V. PINKUS
17-CV-01308 LB
PAGE 8 OF 9

Page 5 of 5



COPY

March 15, 2016

By Hand Delivery

Vinton Frost
516 O'Farrell Street
San Francisco, CA 94102
(415) 608-1029

Gary Pinkus
Senior Partner
McKinsey & Company
555 California Street
San Francisco, CA

Gary:

Through my interaction with federal law enforcement, I have learned that you are responsible for organizing the work of Stanley Hilton, Esquire, in connection with his misrepresentation of my financial complaint against the Stanford Flying Club. There is sufficient evidence that you are involved in other events and that you cooperate in secret with Robin Vassan and Fred Wang and Kelvin Davis among others. I would like to discuss with you a way forward. Please contact me to arrange a convenient time to meet in Palo Alto or San Francisco. I will not be bringing along a legal advisor nor electronic or recording devices to our meeting. Thank you.

Vinton Frost

2ND AMENDED COMPLAINT
USA v. PINKUS ET AL
17-CV-01308 LB
PAGE 9 OF 9